UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| United States Department of Justice, et al | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Case No. 4:13cv02548 ERW |
| vs. | ) | |
| | ) | |
| Tech American, Incorporated, et al. | ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER

The above styled and numbered case was filed on December 20, 2013 and randomly assigned to the Honorable E. Richard Webber , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.  The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:13cv00188.   **IT IS FURTHER ORDERED** that cause number. 4:13cv02548 ERW be administratively closed.

Dated this 23rd Day of December, 2013.            JAMES G. WOODWARD

                                        By: /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number: 1:13cv00188 LMB.**